Argued and submitted October 6, reversed and remanded for reconsideration November 8, 1995

In the Matter of the Compensation of
Rito N. Nunez, Claimant.

## SAIF CORPORATION/
## SENECA SAWMILL COMPANY,
*Petitioner,*

*v.*

Rito N. NUNEZ
and Liberty Northwest Insurance Company/
Seneca Sawmill Company,
*Respondents.*

(91-10770, 91-17477, 91-16978, 91-17476;
CA A78443)

904 P2d 657

Alexander Libman argued the cause and filed the brief for respondents Liberty Northwest Insurance Company and Seneca Sawmill Company.

G. Duff Bloom waived appearance for respondent Rito N. Nunez.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration. Or Laws 1995, ch 332, § 37; *SAIF v. Drews*, 318 Or 1, 860 P2d 254 (1993).